UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JUSTIN BROWN and TELISA LIPSCOMB,
individually and on behalf of all others
similarly situated,

                         Plaintiffs,

      -against-                        18 **CIVIL** 11091 (PAC)

## JUDGMENT

DAIKIN AMERICA, INC.; BETH DONALDS;
PAUL GREER; DONNA JOHNSTON;
KASUHITO KITSUHIKO; MIKE LADD and
LISA WILL,

                        Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated May 4, 2021, Daikin's motion to dismiss is GRANTED; accordingly, this case is closed.

**Dated:** New York, New York

        May 4, 2021

                                                  **RUBY J. KRAJICK**
                                                    Clerk of Court

                             **BY:**
                                                    **Deputy Clerk**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/4/2021