UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
                                                               :
JUSTIN BROWN AND TELISA LIPSCOMB,                              :     Case No.: 1:18-cv-11091-PAC
individually and on behalf of all others similarly            :
situated,                                                      :
                                                               :
          Plaintiff,                                          :
                                                               :
     v.                                                        :
                                                               :
                                                               :
DAIKIN AMERICA, INC., et al.,                                 :
                                                               :
          Defendant.                                          X
-------------------------------------------------------------

## ORDER GRANTING MOTION TO WITHDRAW

          This cause has come before the Court upon the motion of Defendants Daikin America,

Inc. Paul Greer, Donna Johnston, Mike Ladd and Lisa Will ("Defendants") and its attorney

Anshel Joel Kaplan of the law firm of Seyfarth Shaw LLP, seeking an Order granting Anshel

Joel Kaplan of Seyfarth Shaw LLP, leave to withdraw his appearance for the purpose of

appearing as counsel on behalf of Defendants in the above-styled cause only. Being fully

advised, it is now

          ORDERED that the motion be, and hereby is, GRANTED.


                                        _____
                                        Honorable Paul A. Crotty
                                        United States District Judge

Dated:  _New York, NY_____
        _May 24, 2021_

Copies to:

Distribution to all registered counsel by CM/ECF.

71001969v.1