# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of June, two thousand twenty-one.

Before:      Steven J. Menashi,
                *Circuit Judge.*

| | |
|---|---|
| Justin Brown, Individually and on Behalf of All Others Similarly Situated, Telisa Lipscomb, Individually and on Behalf of All Others Similarly Situated, | **ORDER** <br><br> Docket No. 21-1289 |
|        Plaintiffs - Appellants, | |
| v. | |
| Daikin America, Inc., Paul Greer, Donna Johnston, Kasuhito Kitsuhiko, Mike Ladd, Lisa Will, | |
|        Defendants – Appellees. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 11, 2021

The parties jointly seek a 45-day stay of this appeal pending finalization of settlement.

IT IS HEREBY ORDERED that the motion is GRANTED. The appeal is stayed until July 26, 2021.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 06/11/2021