UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUSTIN BROWN AND TELISA LIPSCOMB, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>-against-<br><br>DAIKIN AMERICA, INC,<br><br>        Defendant. | No. 1:18-cv-11091-PAC |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiffs, Justin Brown and Telisa Lipscomb (collectively, the "Plaintiffs"), and Defendants, Daikin America, Inc., Paul Greer, Donna Johnston, Mike Ladd, and Lisa Will (collectively, "Defendants") (the Plaintiffs and Defendants are referred collectively as the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

Dated: New York, New York
June 28, 2021

Respectfully submitted,

WIGGINS CHILDS QUINN & PANTAZIS LLC

By: _____
Dennis G. Pantazis, Jr

Dennis G. Pantazis, Jr., Esq.,
Wiggins Childs Quinn & Pantazis LLC
301 19th Street North
Birmingham, AL 35203
Phone: (205)-314-0557
Email: dgpjr@wigginschilds.com

Attorneys for Plaintiffs

By: _____
James H White, IV

James H White, IV
James White Firm, LLC
2100 1st AVE N, Ste 600
Birmingham, AL 35203
(205) 383-1812

Email: james@whitefirmllc.com

Attorneys for Plaintiffs

Respectfully submitted,

SEYFARTH SHAW LLP

By: _____
Ian H. Morrison

Ian H. Morrison
Seyfarth Shaw LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
Phone: (312) 460-5000
Email: imorrison@seyfarth.com

Attorneys for Defendants

2

By: _____
     Lange Clark

Lange Clark
Law Office of Lange Clark, P.C.
301 19th Street North, Suite 550
Birmingham, AL 35203
(205) 939-3933

Email: langeclark@langeclark.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I, Ian H. Morrison, an attorney, do hereby certify that I have caused a true and correct copy of the foregoing document to be filed using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record on June  28 , 2021.

/s/ Ian H. Morrison
Ian H. Morrison